UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———————————————

GORDON GRAINGER,

                Petitioner,                              Case No.  2:09-CV-72

v.                                               HON. GORDON J. QUIST

BARRY D. DAVIS,

                Respondent.

———————————————/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States
Magistrate Judge in this action.  The Report and Recommendation was duly served on Petitioner.
No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(c).[1]  Therefore, the Court will adopt
the Report and Recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation
(Docket #12) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Respondent's motion to dismiss (Docket #11) is
**GRANTED**.

Dated:  March 22, 2010                           _____/s/ Gordon J. Quist_____
                                            GORDON J. QUIST
                                 UNITED STATES DISTRICT JUDGE

---

[1] On February 22, 2010, the envelope containing the copy of the Report and Recommendation sent to Petitioner
was returned to the Clerk's office indicating that Petitioner had been discharged from prison.  A petitioner has a
continuing obligation to keep the court informed of his current address.  *See Prea v. Battaista*, No. 91 Civ. 1171 (TPG),
1993 WL 97423 (S.D.N.Y. Mar. 30, 1993); *see also Malaga v. Howes*, No. 1:07-CV-97, 2010 WL 233873 (W.D. Mich.
Jan. 14, 2010).  Petitioner failed to comply with this obligation.